# Exhibit B

## Exhibit B: Materials Innovatus Is Requesting To Be Sealed

| Location | Description |
|---|---|
| **Category:** *Innovatus' Investment in the RTL Business, Number of RTLs, and Business Projections and Results* ||
| Letter, page 3, third full paragraph, lines 8–9, starting with "lost" and ending with "employees" | Describes purported results of Innovatus' RTL business. |
| Letter, full paragraph at the end of page 3 and continuing to the top of page 4 | Cites prospective and actual RTL activity in 2018 and 2019. |
| Letter, page 4, last two lines of second full paragraph | Cites prospective and actual RTL activity in 2020. |
| Letter, page 5, second full paragraph, lines 1–2 | References amount of Redibs investment request in 2020 and quotes internal memorandum while characterizing Redibs' purported business prospects. |
| Letter, page 5, third full paragraph, line 3, first two words | Characterizes purported level of success of Innovatus' RTL business model. |
| Letter, page 5, third full paragraph, last two lines | References amount of Innovatus investment in Redibs and quotes internal communications while characterizing Redibs' purported business prospects. |
| Letter, page 5, fourth full paragraph, line 1 | Cites actual RTL activity, to date. |
| Letter, page 7, first paragraph, lines 3–5, starting with "At" and ending with "program" | References states in which Innovatus operated its RTL business at different points in time, and current number of active agents. |
| Ex. 3 (Dkt. 241-3)<br>Ex. 5 (Dkt. 241-6)<br>Ex. 6 (Dkt. 241-7)<br>Ex. 15 (Dkt. 241-16)<br>Ex. 19 (Dkt. 241-20)<br>Ex. 20 (Dkt. 241-21)<br>Ex. 23 (Dkt. 241-24) | Detailed presentations including operations, results, strategy, and projections for the Redibs business. |
| Ex. 10 (Dkt. 241-11)<br>Ex. 12 (Dkt. 241-13)<br>Ex. 13 (Dkt. 241-14)<br>Ex. 14 (Dkt. 241-15) | Memoranda to the Innovatus Investment Committee, in which Redibs provides operational and financial results, documents the level of Innovatus investment and |

| Location | Description |
|---|---|
| Ex. 18 (Dkt. 241-19)<br>Ex. 21 (Dkt. 241-22) | expected rates of return, and includes a large amount of internal strategic business planning content. |
| Ex. 22 (Dkt. 241-23) | FLR Tracker, reporting on all Redibs' RTL activity through September 30, 2021. |
| **Category:** *Innovatus' Strategic Business Development Reporting and Decision-making* | |
| Letter, page 2, second full paragraph in its entirety | Quotes from and references to internal communications and characterizes Redibs' purported business development and prospects. |
| Letter, page 2, third full paragraph, lines 1–6 | Quotes from and references to internal communications and characterizes Redibs' purported business development and prospects. |
| Letter, page 2, footnote 2 in its entirety | Quotes from four highly confidential internal communications and presentations regarding specifics of Innovatus' RTL business model and associated analysis. |
| Letter, page 4, first full paragraph in its entirety | Quotes from and references to internal communications and memorandum and characterizes Redibs' purported business development and prospects and associated analysis. |
| Letter, page 4, second full paragraph, lines 1–6 | Quotes from and references to internal communication and characterizes Redibs' purported business development and prospects and associated analysis. |
| Letter, page 4, last three paragraphs in their entirety | Quotes from Investment Committee Memorandum regarding internal analysis of Redibs' performance and business planning. |
| Letter, page 4, footnote 3 in its entirety | Quotes from and references internal presentation and characterizes Redibs' purported business performance and decision-making. |

| Location | Description |
|---|---|
| Letter, page 5, first three paragraphs in their entirety | Quotes from Investment Committee Memoranda and presentations and characterizes Redib's purported business performance and decision-making. |
| Letter, page 5, fourth full paragraph, lines 3–4, starting with "According" and ending with "model" | References Highly Confidential deposition testimony regarding Redibs' business planning and expected performance. |
| Letter, page 5, Heading III, starting with "insulate" and ending with "Provision" | Quotes from internal documents regarding Innovatus' purported RTL business strategy. |
| Letter, page 5, last paragraph, lines 2–4, starting with "using" and ending with "competition" | References and characterizes internal documents regarding Innovatus' purported RTL business strategy. |
| Letter, page 6, first two paragraphs in their entirety | Quotes from and references internal communication, presentation, and memoranda and characterizes Redibs' purported RTL business strategy and decision-making. |
| Letter, page 6, third paragraph, lines 1–13, starting with "Even" and ending with "provision" | Quotes from and references internal presentations and memorandum and characterizes Redibs' purported RTL business strategy and decision-making. |
| Letter, page 6, third paragraph, last two lines | References internal documents regarding Innovatus' purported RTL business strategy. |
| Letter, page 6, last paragraph, last two lines, starting with "An" and ending with "1st" | Quotes from and references internal memorandum and characterizes Redibs' purported RTL business strategy and decision-making. |
| Letter, page 7, first paragraph, lines 1–3, starting with "mover" and ending with "NDA" | Quotes from and references internal presentation and characterizes Redibs' purported RTL business strategy and results. |
| Letter, page 7, first paragraph, last two lines, starting with "But" and ending with "competition" | Cites information from internal presentation and characterizes Redibs' purported RTL business strategy and results. |
| Ex. 1 (Dkt. 241-1) Ex. 2 (Dkt. 241-2) Ex. 9 (Dkt. 241-10) | Internal emails and attachments regarding various development and strategy discussions for Innovatus' RTL business. |

3

| Location | Description |
|---|---|
| Ex. 11 (Dkt. 241-12) | |
| Ex. 3 (Dkt. 241-3)<br>Ex. 4 (Dkt. 241-4 & 241-5)<br>Ex. 5 (Dkt. 241-6)<br>Ex. 6 (Dkt. 241-7)<br>Ex. 15 (Dkt. 241-16)<br>Ex. 16 (Dkt. 241-17)<br>Ex. 17 (Dkt. 241-18)<br>Ex. 19 (Dkt. 241-20)<br>Ex. 20 (Dkt. 241-21)<br>Ex. 23 (Dkt. 241-24) | Detailed presentations including operations, results, strategy, planning, milestones, and projections for the Redibs business. |
| Ex. 10 (Dkt. 241-11)<br>Ex. 12 (Dkt. 241-13)<br>Ex. 13 (Dkt. 241-14)<br>Ex. 14 (Dkt. 241-15)<br>Ex. 18 (Dkt. 241-19)<br>Ex. 21 (Dkt. 241-22) | Memoranda to the Innovatus Investment Committee, in which Redibs provides operational and financial results, documents the level of Innovatus investment and expected rates of return, and includes a large amount of internal strategic business planning content. |
| **Category:** *Identities of Actual and Potential Business Partners* | |
| Letter, page 6, footnote 4 in its entirety | References Highly Confidential deposition testimony identifying a brokerage partner by name and characterizes the purported status of that partner's relationship with Redibs. |
| Ex. 6 (Dkt. 241-7)<br>Ex. 20 (Dkt. 241-21)<br>Ex. 23 (Dkt. 241-24) | Detailed presentations including operations, results, strategy, planning, milestones, and projections for the Redibs business, and references various actual and prospective brokerage partners. |
| **Category:** *Innovatus' RTL Business Methods* | |
| Letter, page 2, footnote 1 in its entirety | Quotes from one of the 20 RTL confidential business methods Innovatus has identified in this litigation. |
| Letter, page 3, first full paragraph, line 12, starting with "As Mr." and ending with "week" | References confidential deposition testimony related to Innovatus' confidential RTL business methods. |