# EXHIBIT A

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
INNOVATUS CAPITAL PARTNERS, LLC,

               Plaintiff,        21 MC 00797 (LLS)
                                          ORDER

    - against -

777 PARTNERS, LLC,

              Defendant.
- - - - - - - - - - - - - - - - - X

    Innovatus's motion to compel documents responsive to its subpoena is granted, and 777 Partners' cross-motion to quash is denied, to the extent that the numbered Requests in the subpoena are modified and enforced as follows:

        Request No. 1. Stricken as overbroad and overburdensome.

        Request No. 2. Allowed with the words "any of Your/[or Their] affiliates" and "all communications related to any such agreements" stricken.

        Request No. 3. Allowed with the words "and/or any Affiliated business" stricken.

        Request No. 4. Same as No. 3

        Request No. 5. Same as No. 3

        Request No. 6. To be rewritten as "All information prepared by Your staff and given to Your board of managers relating to MV Realty's RTL Business."

        Request No. 7. Same as No. 1

        Request No. 8. Same as No. 1

-2-

       Request No. 9. Same as No. 1

       Request No. 10. To be rewritten as "All studies or appraisals of existing or potential markets for RTL transactions."

So Ordered.

Dated:    New York, New York
            January 7, 2022

                                                    *Louis L. Stanton*
                                                   LOUIS L. STANTON
                                                      U.S.D.J.