# FW: joshua wander has accepted the invitation to your 'MV Realty' folder on Box

**Steve Scott**

Mon 4/16/2018 1:01 PM

To: Josh Wander <jwander@777part.com>;

Hi Josh,

Hope you are well.

Just confirming that you received the invite to the data sharing platform…I also uploaded and RTL template and added your colleague alevy@777part.com.

Thank you,

Steve Scott
P:  561-400-7996
E:  steve@pinechase.com

**From:** noreply@box.com [mailto:noreply@box.com]
**Sent:** Monday, April 16, 2018 11:36 AM
**To:** Steve Scott <Steve@pinechase.com>
**Subject:** joshua wander has accepted the invitation to your 'MV Realty' folder on Box



joshua wander accepted your invitation to:

**MV Realty**
Collaborated Folder

**View Folder**

Get our app to view this on mobile



