UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
MV REALTY PBC, LLC, :
: 1:18-cv-07142-LLS
Plaintiff, :
:
- against - :
:
INNOVATUS CAPITAL PARTNERS, LLC, :
:
Defendant. :
------------------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

SO AGREED AND STIPULATED.

Dated: December 16, 2022

Respectfully submitted,

**DECHERT LLP**

_____
Michael H. McGinley (*pro hac vice*)
Stuart T. Steinberg (*pro hac vice*)
Roger A. Dixon (*pro hac vice*)
2929 Arch St.
Philadelphia, PA 19104
Tel: (215) 994-4000
michael.mcginley@dechert.com
stuart.steinberg@dechert.com
roger.dixon@dechert.com

Kaitlyn Walsh
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
kaitlyn.walsh@dechert.com

*Counsel for Innovatus Capital Partners, LLC*

**COVINGTON & BURLING LLP**

_____
Jason C. Raofield (*pro hac vice*)
Kristin M. Cobb (*pro hac vice*)
Connor J. Kelley (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
jraofield@cov.com
kcobb@cov.com
ckelley@cov.com

Ali Mojibi (*pro hac vice*)
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Tel: (424) 332-4800
amojibi@cov.com

Robert C. Gianchetti
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 841-1159
rgianchetti@cov.com

*Counsel for MV Realty Parties*